FILED
MAR 1 4 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

SUPPRESSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  **4:19CR00215 AGF/DDN** |
| | ) |
| JOSEPH JOHNSON, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about November 14, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**JOSEPH JOHNSON,**

being an unlawful user of or addicted to any controlled substance, did knowingly possess one or more firearms which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(3).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney