

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

Violent Crime Unit

---

| | | |
|---|---|---|
| THOMAS J. MEHAN<br>Assistant United States Attorney | Thomas Eagleton U.S. Courthouse<br>111 S. l0th Street, Rm. 20.333<br>St. Louis, MO  63102 | OFFICE:  314-539-2200<br>DIRECT: 314-539-2283<br>thomas.mehan@usdoj.gov |

May 8, 2019

Mr. Gregory J. Linhares
Clerk, United States District Court
111 South Tenth Street
Saint Louis, Missouri 63102

        Re:    United States v. Joseph Johnson
             Case No. 4:19 CR 215 AGF
             Lift of Indictment Suppression

Dear Mr. Linhares:

The indictment filed in the above-referenced matter was suppressed pending apprehension of the defendant.  Mr. Johnson is self-surrendering on Monday, May 13, 2019.   Therefore, we respectfully request that the suppression of indictment be lifted.

Please do not hesitate to contact me if you have any questions or require additional information.

        Very truly yours,

        *s/Thomas J. Mehan*
        THOMAS J. MEHAN
        Assistant United States Attorney